

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00128-CV

| | | |
|---|---|---|
| Cook Children's Health Care System and S.W. and J.W., Individually and on Behalf of Their Minor Child, J.W. | § | From the 97th District Court |
| | § | of Montague County (2016-0481M-CV) |
| | § | |
| v. | | |
| | § | April 5, 2018 |
| Nocona General Hospital | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and that the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Nocona General Hospital shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
　　Justice Sue Walker